# PROPOSED ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson
U.S. Magistrate Judge

**RE:** BOURLAND, David Craig

**FROM:** Silvio Lugo, Chief
U.S. Pretrial Services Officer

**Docket No.:** 1:26-mj-71133-MAG

**Date:** 8/31/26

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Allyse Johnson | 415-436-7508 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☑ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**ADD** the following conditions to the defendant's bond:

1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
2. Defendant must not apply for other passports or travel documents.
3. Defendant must not use alcohol **at all** and must not use or possess any narcotic or other controlled substance without a legal prescription.
4. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
5. Defendant must participate in outpatient substance abuse treatment as directed by Pretrial Services.
6. Defendant must participate in mental health treatment as directed by Pretrial Services.
7. Defendant must not change residence or telephone number without prior approval of Pretrial Services.
8. Defendant must not gamble and must not enter any casinos or gambling facilities.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________________

August 31, 2026

**JUDICIAL OFFICER** **DATE**

Thomas S. Hixson

U.S. Magistrate Judge